UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. **AARON BLATHERS,**
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

**ORDER DIRECTING DEFENDANT BLATHERS TO PAY
RESTITUTION IN MONTHLY AMOUNTS OF $100**

THIS MATTER comes before the Court on a request from U.S. Probation Officer Michael Klug that Defendant Blathers be ordered to pay a set amount of restitution per month. He represents that Defendant Blathers has a monthly cash flow of $323.34.

**IT IS THEREFORE ORDERED** that Defendant Blathers shall pay $100 per month on his restitution obligation imposed in this case until it is paid in full.

Dated this 6th day of January, 2006

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge